IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AUSTIN DAKOTA FREEMAN,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1288
LT Case No. 2013-CF-2795-A

Decision filed January 24, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Austin D. Freeman, Carrabelle, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE and MACIVER, JJ., concur.